EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rigoberto Martínez Cruz | 2007 TSPR 180 <br><br> 172 DPR ____ |

Número del Caso: TS-3041

Fecha: 18 de octubre de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Oficina del Procurador General:

Lcda. Mariana D. Negrón Vargas
Subprocuradora General

Materia: Reinstalación al ejercicio de la abogacía y de la
       notaría.

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Rigoberto Martínez Cruz        TS-3041

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de octubre de 2007.

Examinada la *Moción de Reinstalación* del señor Rigoberto Martínez Cruz, a la luz de las comparecencias de la Directora de Inspección de Notarías, el Procurador General de Puerto Rico y el Colegio de Abogados, se ordena su reinstalación al ejercicio de la abogacía y de la notaría a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo